GREAT COVE REALTY CO., INC., ET AL. *v.*
BRENNER, DISTRICT ATTORNEY,
SUFFOLK COUNTY, ET AL.

No. 675.   Decided April 17, 1961.

*Arthur Karger* for appellants.

*John P. Cohalan, Jr.* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted.